IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                              CASE NO.    4:02cr44-SPM/AK

TAVIUS J. PATTERSON,

     Defendant.
_____/

**ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 27, 2005 (doc. 50). Defendant has been furnished a copy of the report and recommendation and filed objections (doc. 51). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

The indictment appears to be valid in all respects and Defendant's 2255 motion does not adequately identify what he claims is wrong with the indictment. In any event, Defendant's 2255 motion is untimely.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 50) is ADOPTED and incorporated by reference in this order.

2. Defendant's motion to vacate, set aside, or correct sentence

pursuant to 28 U.S.C. § 2255 (doc. 49) is denied.

DONE AND ORDERED this 20th day of October, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge